No. 16,480

The State of Texas      X   In the District Court

vs      X

Anthony Scott Roper      X   Titus County, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/13/2015 10:56:21 AM
DEBRA AUTREY
Clerk

Notice of Appeal

To The Honorable Judge of Said Court.

The Defendant, Anthony Scott Roper, gives Notice of Appeal of the sentence and conviction handed down by the Court in this Case.

Date April 24, 2015

Anthony Scott Roper

FILED
AT 10:15 O'CLOCK ___ M
APR 24 2015
DEBRA ABSTON, CLERK, DISTRICT COURT
TITUS COUNTY, TEXAS
_____ DEPUTY